IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -7 PM 2: 51

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

W.M. BARR AND COMPANY, INC.,

    Plaintiff,

v.                                             No. 05-2219-D-V

DYNACRAFT INDUSTRIES, INC.,
d/b/a BACK TO NATURE PRODUCTS, CO.,

    Defendant.

## ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

IT APPEARING TO THE COURT that the motion of the defendant for an extension of time to answer, move or otherwise respond to the amended complaint is for good cause and should be granted;

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that defendant shall have up to and including June 17, 2005, to answer, move or otherwise respond to the amended complaint in this cause.

_____
Bernice B. Donald
United States District Judge

Date: June 7, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-15-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02219 was distributed by fax, mail, or direct printing on June 15, 2005 to the parties listed.

---

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Danny M. Awdeh
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Lea Hall Speed
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT