FILED BY ___ D.C.

05 AUG 18 PM 4:03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

W.M. BARR AND COMPANY, INC.,

    Plaintiff and Counter-Defendant,

v.                                                     No. 05-2219-D-V

DYNACRAFT INDUSTRIES, INC.,
d/b/a BACK TO NATURE PRODUCTS, CO.,

    Defendant and Counter-Plaintiff.

---

## SCHEDULING ORDER

---

Pursuant to written notice, a scheduling conference was held on August 11, 2005. Present were Lea H. Speed of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., counsel for plaintiff, and Jeremy G. Alpert of Glankler Brown, PLLC, counsel for defendants. At the conference, the following dates were established as the final dates for:

**INITIAL DISCLOSURES PURSUANT to Fed.R.Civ.P. 26(a)(1):**    August 25, 2005.

**JOINING PARTIES:**    October 14, 2005.

**AMENDING PLEADINGS:**    October 14, 2005.

**INITIAL MOTIONS TO DISMISS:**    November 11, 2005.

**COMPLETING ALL DISCOVERY:**    April 21, 2006.

    (a)    **DOCUMENT PRODUCTION:**    April 21, 2006.

    (b)    **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS:** April 21, 2006.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __8-19-05__



    (c)    **EXPERT WITNESS DISCLOSURE (Rule 26):**

        (1)    **DISCLOSURE OF PLAINTIFF'S AND COUNTER-PLAINTIFF'S RULE 26 EXPERT INFORMATION:** February 27, 2006.

        (2)    **DISCLOSURE OF DEFENDANT'S AND COUNTER-DEFENDANT'S RULE 26 EXPERT INFORMATION:** March 27, 2006.

        (3)    **EXPERT WITNESS DEPOSITIONS:** April 28, 2006.

**FILING DISPOSITIVE MOTIONS:** May 26, 2006.

**OTHER RELEVANT MATTERS:**

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last five to six days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed.R.Civ.P. 12, 56, 59 and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

**IT IS SO ORDERED.**

_Diane K. Vescovo_
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

DATE: _April 17, 2005_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02219 was distributed by fax, mail, or direct printing on August 19, 2005 to the parties listed.

---

Lea Hall Speed
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Danny M. Awdeh
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT