FILED BY _____ D.C.

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

05 AUG 24   PM 3: 29

CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| W.M. BARR AND COMPANY, INC., | ) | |
| | ) | |
| **Plaintiff and Counter-Defendant,** | ) | |
| | ) | |
| v. | ) | **No. 05-2219-D-V** |
| | ) | **JURY DEMANDED** |
| DYNACRAFT INDUSTRIES, INC., | ) | |
| d/b/a BACK TO NATURE PRODUCTS CO., | ) | |
| | ) | |
| **Defendant and Counter-Plaintiff** | ) | |

## ORDER GRANTING PLAINTIFF'S MOTION
## FOR LEAVE TO FILE REPLY

Pending before the Court is Plaintiff's Motion for Leave to File Reply to Defendant's

Response to Barr's Motion to Dismiss.  Having considered the Motion for Leave to File Reply,

the Court is of the opinion that said Motion should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to File Reply be, and

hereby is, GRANTED.  Plaintiff may file the Reply attached to its Motion.

So Ordered this 24 day of August , 2005.

Bernice Donald
United States District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02219 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Lea Hall Speed
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Danny M. Awdeh
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT