D.
CHJV cSpreer

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 AUG 23  PM 3: 32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

| | |
|---|---|
| W.M. BARR AND COMPANY, INC., | ) |
| | ) |
| Plaintiff and Counter-Defendant, | ) |
| | ) |
| v. | ) |
| | ) |
| DYNACRAFT INDUSTRIES, INC., | ) |
| d/b/a BACK TO NATURE PRODUCTS CO., | ) |
| | ) |
| Defendant and Counter-Plaintiff | ) |

No. 05-2219-D-V
__JURY DEMANDED__

FILED BY
05 DEC 29 AM 7:29 D.C.

## MOTION AND SUPPORTING MEMORANDUM FOR LEAVE TO FILE REPLY TO DEFENDANT'S RESPONSE TO BARR'S MOTION TO DISMISS

COMES NOW Plaintiff and Counter-Defendant W.M. Barr and Company, Inc. ("Barr") and respectfully moves the Court for leave to file a Reply to Defendant's Response to Barr's Motion to Dismiss Defendant's Abuse of Process Counterclaim, and in support of this Motion avers to the Court as follows:

On July 11, 2005, Barr filed a motion seeking to dismiss the abuse of process counterclaim brought by Defendant. Defendant submitted a Response to the Motion to Dismiss on or about August 15, wherein it seeks to modify the basis for its counterclaim. Barr respectfully requests leave to file a Reply to respond briefly to the new argument made by Defendant and to respond to Defendants' incorrect interpretation of *Givens v. Mullikin*, 75 S.W.3d 383 (Tenn. 2002) upon which Barr bases its Motion to Dismiss. (The proposed Reply is attached as Exhibit A.)

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12/29/05_

**MOTION GRANTED**

DATE: _12-23-2005_

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

M L-S 898166 v1
2789074-000157  08/22/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CV-02219 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Lea Hall Speed
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Danny M. Awdeh
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT